UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>P. STEWART, et al.,<br><br>            Defendants. | No. 2:18-cv-00631-TLN-DB<br><br>ORDER |

By an order issued May 13, 2019, Plaintiff was directed to pay the appropriate filing fee within thirty days in order to proceed further with this action. (*See* ECF No. 12). At that time, Plaintiff was cautioned that failure to do so would result in the dismissal of this matter. (ECF No. 12 at 2.) The thirty-day period has now expired, and Plaintiff has neither responded to the Court's order nor paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action be DISMISSED without prejudice for failure to pay the filing fee in compliance with 28 U.S.C. §§ 1914(a) and 1915(g).

Dated: July 15, 2019

                                            Troy L. Nunley
                                            United States District Judge